IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                             ORDER

Plaintiff,

                                             3:07-cr-00140-bbc

v.

CALVIN WATSON,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Calvin Watson has filed an objection to the report and recommendation entered by the United States Magistrate Judge.  The magistrate judge recommended denial of defendant's motion to suppress the evidence seized by the police on August 30 or 31, 2007, after making a traffic stop of a car in which defendant was a passenger.  Defendant does not object to the magistrate judge's finding that the traffic stop was reasonable because the car had a burned out light, but he objects to the finding that it was permissible for the police to conduct a "high risk stop."

      As the magistrate judge pointed out, the police had reasonable suspicion to justify detaining defendant for investigation:  detailed, specific information from a citizen informant about the car and about the firearms in it and evidence corroborating the

1

informant. In this circumstance, when there was good reason to believe that defendant was armed or at least had easy access to firearms, it was proper to employ the procedures for a high risk stop.

ORDER

IT IS ORDERED that the magistrate judge's recommendation to deny defendant Calvin Watson's motion to suppress evidence is ADOPTED; defendant's motion to suppress the evidence seized during the traffic stop on August 30-31, 2007, is DENIED.

Entered this 5th day of February, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge